## EXHIBIT A

| | |
|---|---:|
| Aguilar Ramirez, Fredy | $1,511.18 |
| Amaya Jimenez, Magdalino | $318.02 |
| Amaya Vazquez, Melvi | $457.57 |
| Chajon Raxon, Luis Fernando | $1,876.40 |
| Chavez, Romeo | $684.36 |
| Contreras Contreras, Rogelio | $1,904.27 |
| Cotzojay, Byron | $1,776.28 |
| Curup Jacobo, Emiliano | $2,127.37 |
| Garcia Mendez, Concepcion | $2,213.30 |
| Garcia, Ervin | $728.86 |
| Hernandez Antonio, Alfredo | $329.30 |
| Jimenez, Ever | $2,052.63 |
| Macu, Jaime Melvin | $1,876.40 |
| Martinez Lopez, Gerardo | $1,873.92 |
| Pirir, Hector Anibel | $1,876.40 |
| Porix, Marcos | $684.36 |
| Resendiz Contreras, Ricardo | $1,456.20 |
| Resendiz, Miguel | $2,096.35 |
| Saban, Castulo | $2,453.12 |
| Samuel Chavez, Eli Y | $1,876.40 |
| Saravia, Antonio | $250.45 |
| Torres, Natividad Gil | $1,892.19 |
| Torres, Raul | $728.90 |
| Vasquez, Guilmar | $1,454.20 |
| Vasquez, Salvador | $1,354.30 |
| Yup, Oscar Anibal | $1,684.60 |
| Yupchet, Oscar Armando | $1,876.40 |
| **TOTAL:** | **$39,413.73** |