

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

2007 JUL 13  P 1: 01

U.S. DISTRICT COURT
NEW HAVEN, CT

...........................................
ELAINE L. CHAO, Secretary of Labor,  :
United States Department of Labor,   :
                                     :
            Plaintiff,               :       CIVIL ACTION
                                     :
            V.                       :       FILE NO. 3:07CV500(JBA)
                                     :
GRIFFIN LAND & NURSERIES, INC.,      :
                                     :
            Defendant.               :
...........................................

## CONSENT JUDGMENT

Plaintiff, having filed a complaint and the defendant having received a copy thereof, waived service of process and, without admitting liability, and to avoid further litigation, agreed to the entry of this judgment without contest.

It is, therefore, ORDERED, ADJUDGED and DECREED that defendant, its servants, employees, and all persons acting or claiming to act in their behalf and interest be, and they hereby are, enjoined and restrained from violating the provisions of the Fair Labor Standards Act, as amended (29 USC 201 *et seq.*), hereinafter referred to as the FLSA, in the following manner:

Defendant shall not, contrary to sections 6 and 15(a)(2) of the FLSA, pay any employees who, in any workweek, are employed in commerce, or in the productions of goods for

1

commerce, or in any enterprise engaged in commerce or in the production of goods for commerce, as defined by the Act, wages at rates less than the applicable minimum wage.

It is further ORDERED, ADJUDGED and DECREED that defendant, its servants, employees, and all persons acting or claiming to act in their behalf and interest be, and they hereby are, enjoined and restrained from violating the provisions of the Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. 1801, *et seq.*, hereinafter known as MSPA, in the following manner:

Defendant shall not, contrary to § 202(a) or § 302(a) of MSPA, 29 U.S.C. 1822(a) or 1832(a), fail to pay, when due, all wages owed to migrant or seasonal agricultural workers.

Defendant shall not, contrary to § 202(c) or § 302(c) of MSPA, 29 U.S.C. 1822(c) or 1832(c), violate without justification, the terms of any working arrangements made with any migrant or seasonal agricultural worker.

Further, the Court finding as agreed to by the defendant that certain individuals are due compensation under MSPA and the FLSA Act in the amount of $39,413.73, (comprised of $37,897.82 in back wages and interest in the amount of $1,515.91), as shown on attached "Exhibit A" which is incorporated in and made a part hereof, it is

ORDERED, ADJUDGED and DECREED that defendant is restrained from withholding payment of said compensation.

The back wage provisions of this judgment pertain only to back wages which are owed for the period ending June 11, 2006. Accordingly, the back wage provisions of this judgment shall have no effect upon any back wages which may have accrued since that date.

The back wage provisions of this judgment shall be deemed satisfied when, on or before July 16, 2007, the defendant delivers to plaintiff, for distribution to the persons listed in "Exhibit

A", attached hereto, a check payable to each of the persons listed in Exhibit A in the amount of the respective sum set opposite their names, less deductions as appropriate for each person's share of social security and withholding taxes.

The defendant shall further provide plaintiff, on or before July 16, 2007, with a copy of the payroll with respect to the back wages which shall contain the information required by the preceding paragraph.

Any back wage checks which cannot be distributed to the individuals named in "Exhibit A", or to their estates if that be necessary because of inability of the parties to locate the proper persons, or because of such person's refusal to accept such sums, shall be redrafted by defendant in the total <u>net</u> amount due to all such unlocatable individuals and made payable to "Wage and Hour Division – Labor". Such checks shall then be forwarded immediately to plaintiff along with a list of unlocatable individuals, and to the extent possible, their social security numbers, last known addresses, gross amounts due and net amounts due. When recovered wages have not been claimed by the individual within three years, the Secretary of Labor shall deposit them into the United States Treasury as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c).

Defendant shall not, under any circumstances, accept and keep any amount returned to it by a person owed compensation under this judgment. Any such amount shall be immediately paid to the plaintiff as above.

It is further ORDERED, ADJUDGED and DECREED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated  13 July , 2007

                                                          Janet Bond Arteton
                                                          United States District Judge

| Defendant hereby consents to the entry of this judgment. | Plaintiff moves for entry of this judgment: |
|---|---|
| | Jonathan L. Snare<br>Acting Solicitor of Labor |
| By: _____<br>Hugh F. Murray, III, ct11418<br>Murtha Law, LLP<br>City Place I – 185 Asylum Street<br>Hartford, CT 06103-3469<br>Telephone: (860) 240-6000<br>Facsimile: (860) 240-6150<br>Email: hmurray@murthalaw.com | Frank V. McDermott, Jr.<br>Regional Solicitor<br><br>_____ # CT 10638<br>James Glickman<br>Senior Trial Attorney |
| Attorneys for<br>Griffin Land & Nurseries, Inc. | U.S. Department of Labor<br>Attorneys for Plaintiff |

## EXHIBIT A

| | |
|---|---|
| Aguilar Ramirez, Fredy | $1,511.18 |
| Amaya Jimenez, Magdalino | $318.02 |
| Amaya Vazquez, Melvi | $457.57 |
| Chajon Raxon, Luis Fernando | $1,876.40 |
| Chavez, Romeo | $684.36 |
| Contreras Contreras, Rogelio | $1,904.27 |
| Cotzojay, Byron | $1,776.28 |
| Curup Jacobo, Emiliano | $2,127.37 |
| Garcia Mendez, Concepcion | $2,213.30 |
| Garcia, Ervin | $728.86 |
| Hernandez Antonio, Alfredo | $329.30 |
| Jimenez, Ever | $2,052.63 |
| Macu, Jaime Melvin | $1,876.40 |
| Martinez Lopez, Gerardo | $1,873.92 |
| Pirir, Hector Anibel | $1,876.40 |
| Porix, Marcos | $684.36 |
| Resendiz Contreras, Ricardo | $1,456.20 |
| Resendiz, Miguel | $2,096.35 |
| Saban, Castulo | $2,453.12 |
| Samuel Chavez, Eli Y | $1,876.40 |
| Saravia, Antonio | $250.45 |
| Torres, Natividad Gil | $1,892.19 |
| Torres, Raul | $728.90 |
| Vasquez, Guilmar | $1,454.20 |
| Vasquez, Salvador | $1,354.30 |
| Yup, Oscar Anibal | $1,684.60 |
| Yupchet, Oscar Armando | $1,876.40 |
| **TOTAL:** | **$39,413.73** |